**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES T. GARRISON,**

        **Plaintiff,**

**-vs-**                      **Case No.  6:05-cv-932-Orl-31KRS**

**FEDERAL EXPRESS CORPORATION,**

        **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. No. 24), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.

It is further **ORDERED** that any and all applicable liens and subrogated interests of whatsoever name or nature, to include, but not limited to, applicable Medicare and medicaid liens and interests, are to be paid, satisfied, discharged, extinguished and settled by Plaintiff and her counsel out of the proceeds of the settlement made in this case pursuant to the stipulation.

It is further **ORDERED** that counsel for Plaintiff shall retain in counsel's firm's trust account any and all funds out of the proceeds of settlement necessary and sufficient to fully satisfy, discharge, extinguish and settle any and all applicable liens and subrogated interests of whatsoever name or nature, to include, but not limited to, applicable Medicare and Medicaid liens and interests.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 14, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

Case 6:05-cv-00932-GAP-KRS   Document 25   Filed 08/14/06   Page 2 of 2 PageID 99